1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  Case No. EDCV 09-304-VAP
                                   )           **EDCR 04-023-VAP**
12                                 )  ORDER REQUIRING RETURN TO § 2255
         Plaintiff/Respondent,     )  MOTION
13                                 )
         v.                        )
14                                 )
    JAIME GUSTAVO GAYTON-          )
15  GONZALEZ,                      )
         Defendant/Movant.         )
16  _____ )

17

18       Based upon Defendant/Movant's Motion to Vacate, Set Aside or

19  Correct Sentence filed herein and good cause appearing:

20       IT IS HEREBY ORDERED that the United States Attorney file an

21  Answer to the motion on/or before May 22, 2009, accompanied by all

22  records, and that Respondent serve a copy of the Answer upon the

23  Defendant/Movant prior to the filing thereof.

24       NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE

25  SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.

26       IT IS FURTHER ORDERED that if the Defendant/Movant desires to

27  file a Reply to the Answer, he shall do so twenty-one days from the

28  Return filing date, setting forth separately: (a) his admission or

1 denial of any new factual allegations of the return, and (b) any

2 additional legal arguments.

3     IT IS FURTHER ORDERED that if any pleading or other paper

4 submitted to be filed and considered by the Court does not include

5 a certificate of service upon the Respondent, or counsel for

6 Respondent, it will be stricken from this case and disregarded by

7 the Court.

8

9 Dated: May 2, 2009

   VIRGINIA A. PHILLIPS
10    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2