1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. EDCV 09-304 VAP |
|---|---|
| Plaintiff/Respondent, | **Case No. CR 04-23 VAP** |
| v. | **JUDGMENT** |
| JAIME GUSTAVO GAYTON-GONZALEZ, | |
| Defendant/Petitioner. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that DEFENDANT'S Motion is DENIED and this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>May 11, 2010</u>

                                        */s/ Virginia A. Phillips*
                                        VIRGINIA A. PHILLIPS
                                        United States District Judge